# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                          Crim. No.  5:10-MJ-1954-1

ERIC A. RATLIFF

    On March 9, 2011, the above named was placed on probation for a period of 12 months.  The offender has complied with the rules and regulations of probation and is no longer in need of supervision.  It is accordingly recommended that the offender be discharged from supervision.


Reviewed and approved,                              Respectfully submitted,


 /s/ Robert K. Britt                                        /s/ Keith W. Lawrence
Robert K. Britt                                            Keith W. Lawrence
Senior U.S. Probation Officer                    U.S. Probation Officer


### ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

    Dated this_____31st_____ day of ___October_____, 2011.


James E. Gates
United States Magistrate Judge